JOHN E. STAPLES, by His Next Friend, MRS. E. P. WHITAKER, v. G. D. BRUNS.

(Filed 20 November, 1940.)

APPEAL by defendant from *Johnston, Special Judge,* at September Extra Term, 1940, of MECKLENBURG. Reversed.

Civil action to recover damages for personal injuries.

G. D. Bruns, Jr., infant son of defendant, while riding a bicycle belonging to him on a sidewalk in the city of Charlotte, in violation of a city ordinance, struck and injured plaintiff.

Defendant demurred to the complaint. The demurrer was overruled and defendant excepted and appealed.

*G. T. Carswell and Joe W. Ervin for plaintiff, appellee.*

*John Newitt for defendant, appellant.*

PER. CURIAM. The allegations contained in the complaint are not sufficient to take plaintiff's cause of action out of the general rule that a parent is not liable for the torts of his minor child. *Bowen v. Mewborn, ante,* 423, is in point and is controlling. As the complaint fails to state a cause of action the judgment below overruling the demurrer is

Reversed.